**RECEIVED**

MAR 2 3 2022

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_Western_ DIVISION

Daniel Bronson
(Enter Above the Name of the Plaintiff in this Action)

vs.

The Ohio Department of transportation
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

1:22 CV 149

J. BLACK

M.J. LITKOVITZ

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Daniel Bronson
Name - Full Name Please - PRINT
2000 Westwood northern blvd Apt 217  45225
Street Address ⬤⬤⬤⬤⬤ ⬤⬤⬤⬤⬤, Cincinnati ohio ⬤⬤⬤⬤⬤
                                          45225
Cincinnati, ohio ⬤⬤⬤⬤
City, State and Zip Code

937-895-7161
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. ~~Ohio DOT~~ (2) The Ohio Department of transportation
   Name - Full Name Please

   1980 west broad Street, Columbus, ohio 43223
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title ____ United States Code, Section ____
   [Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

1. I was Driving in the city of Cincinnati, I hit a pot hole that should have been fixed. This problem has not been fixed at all. This is a direct violation of my 5th Amendment under the United State Constitution. This incident happened 3-22-22 on the corner of Reading Road and Burton Cincinnati, Ohio. The Ohio Department of transportation is not making these Roads safe.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | | |
|---|---|---|---|
| 1:21-cv-711 | Bronson | vs. | Issac |
| 1:20-cv-367 | Bronson | vs. | Cincinnati police Dept |
| 1:20-cv-461 | Bronson | vs. | Ohio |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I am wanting to Recieve the Full payment for my car. My full price of my car is $5,000.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 23 day of March, 2022.

Signature of Plaintiff

-4-